UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

YAGER MATERIALS CORP.,     Plaintiff,

v.     Civil Action No. 4:23-cv-43-DJH-HBB

EVANSVILLE MARINE SERVICE, INC.,     Defendant(s).

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 22) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

May 28, 2024

David J. Hale, Judge
United States District Court